**BROCK & GONZALES, LLP**
6701 Center Drive West, Suite 610
Los Angeles, CA 90045
Tel:  (310) 294-9595
Fax: (310) 961-3673
D. Aaron Brock, SBN: 241919
ab@brockgonzales.com
Brigid O'Reilly, SBN: 347118
bor@brockgonzales.com
**Attorneys for Plaintiff**
Jorge Torres Borrero

SEYFARTH SHAW LLP
Kerry M. Friedrichs (SBN 198143)
560 Mission Street1 31st Floor
San Francisco, California 94105
Telephone: (415) 397-2823
Facsimile: (415) 397-8549
Emails: kfriedrichs@seyfarth.com
**Attorneys for Defendant**
Amazon.com Services, LLC.

SEYFARTH SHAW LLP
Angelina T. Evans (SBN 244634)
601 South Figueroa Street, Suite 3300
Los Angeles, California 90017
Telephone: (213) 270-9600
Facsimile: (213) 270-9601
Emails: aevans@seyfarth.com
**Attorneys for Defendant**
Amazon.com Services, LLC.

## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF CALIFORNIA

JORGE TORRES BORRERO, AN
INDIVIDUAL,

      PLAINTIFF,

    VS.

AMAZON. COM SERVICES LLC, A
DELAWARE CORPORATION; AND
DOES 1-50, INCLUSIVE,

      DEFENDANTS.

Case No.:  2:23-CV-02753-DJC-CSK
Complaint: October 10, 2023
Removal: November 27, 2023

**AMENDED JOINT STIPULATION
TO AMEND THE COURT'S
SCHEDULING ORDER**

Plaintiff JORGE TORRES BORRERO ("Plaintiff") and Defendant AMAZON. COM SERVICES LLC ("Defendant") (collectively, the "Parties") by and through their respective attorneys of record, and pursuant to Federal Rule of Civil Procedure Rule 16(b)(4), hereby STIPULATE to, and respectfully request, a continuance of the deadlines set forth in the Court's Amended Schedule Order (See Dkt. 10) (the "Existing Schedule"). The Parties believe such good cause and factual circumstances exist as follows:

1.      Under the Existing Schedule, the close of fact discovery is set for October 17, 2024; the deadline to *hear* a dispositive motion is May 15, 2025; and the trial is set for September 29, 2025.

2.      Discovery is well underway. Both parties served an initial set of written discovery requests. Pursuant to the Parties' meet and confer efforts, Defendant served documents and is preparing supplemental responses to Plaintiff's first set of written discovery. Plaintiff also served a second set of written discovery with responses due in August. Additionally, the Parties are in the process of scheduling multiple depositions within the next forty-five (45) days.

3.      The Parties intend to explore the potential for early resolution through private mediation and have agreed to retain Patricia Gillette to conduct the mediation.  Given Defendant's counsel's trial schedule, tentative deposition dates, as well as the mediator's schedule, the earliest mutually available date for mediation with Ms. Gillette is December 3, 2024.

4.      The parties desire to avoid the incurrence of additional discovery costs while they attempt to negotiate a resolution of this matter in good faith.

5.      For the aforementioned reasons, the Parties respectfully request that the Court grant a continuance of the pretrial dates as follows:

| Event | Current Date | Proposed Date |
|---|---|---|
| Fact Discovery Cut-Off | October 17, 2024 | January 6, 2025 |
| Expert Disclosure & Reports | November 18, 2024 | February 6, 2025 |
| Rebuttal Experts Disclosure | December 18, 2024 | March 6, 2025 |
| Expert Discovery Cut-Off | January 17, 2025 | March 26, 2025 |

AMENDED JOINT STIPULATION TO AMEND THE COURT'S SCHEDULING ORDER

Case 2:23-cv-02753-DJC-CSK   Document 20   Filed 08/06/24   Page 3 of 4

| Last Day to File Dispositive Motion | March 28, 2025 | June 13, 2025 |
| Dispositive Motion Hearing Date | May 15, 2025, at 1:30 PM | August 7, 2025, at 1:30 PM |
| Last Day to File Joint Pretrial Statement | July 24, 2025 | October 16, 2025 |
| Final pretrial conference | July 31, 2025, at 1:30 PM | October 23, 2025, at 1:30 PM |
| Trial | September 29, 2025, at 9:00 AM | December 8, 2025, at 8:30 AM |

6.     Notably, neither Party previously requested any modification to the Court's scheduling order.  The Parties request these continuances to further the interests of justice, and not for purposes of delay, harassment, or any other improper purpose.

WHEREFORE, the Parties respectfully request this Court modify the scheduling order.

Dated: August 6, 2024                                   BROCK & GONZALES


                                                  /s/ D. Aaron Brock
                                                     D. Aaron Brock
                                                     Brigid O'Reilly
                                                     Attorney for Plaintiff,
                                                     JORGE TORRES BORRERO


Dated: August 6, 2024                          SEYFARTH SHAW LLP

                                                  /s/ Angelina T. Evans
                                                     Kerry M. Friedrichs
                                                     Angelina T. Evans
                                                     Attorneys for Defendant,
                                                     AMAZON.COM SERVICES LLC

3
AMENDED JOINT STIPULATION TO AMEND THE COURT'S SCHEDULING ORDER

1

**<u>ORDER</u>**

2

    GOOD CAUSE APPEARING, the Court hereby approves this Stipulation to Amend the

3

Court's Scheduling Order

4

5

Dated:  August 6, 2024              /s/ Daniel J. Calabretta

6

                                THE HONORABLE DANIEL J. CALABRETTA
UNITED STATES DISTRICT JUDGE

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

AMENDED JOINT STIPULATION TO AMEND THE COURT'S SCHEDULING ORDER